UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEWPORT FREEDOG, LLC, and
THOMAS W. CAREY,

    Petitioners,

v.                                     CASE NO. 8:18-cv-647-T-23AEP

THOMAS A. PEPIN, et al.,

    Claimants.
_____/

## **ORDER**

The Newport Freedog (a 34-foot Pursuit) and Thomas Carey (the owner of the vessel) petition (Doc. 1) for exoneration from liability for a September 23, 2017 incident in which a jet-ski operated by Craig Butz allegedly collided with the Newport Freedog. Carey and the Newport Freedog claim that Butz's blood-alcohol content at the time of the incident exceeded 0.08% and that Butz failed to yield the right-of-way to the Newport Freedog.

On June 6, 2018, the clerk entered a default (Doc. 15) against Tatum Murphy, The Rawlings Company, and "all persons and entities who failed to file claims or answers" in this action. The petitioners move (Doc. 16) for a default judgment against Murphy, The Rawlings Company, and "all persons and entities" who failed either to claim against the Newport Freedog or to answer the petition. The magistrate judge recommends (Doc. 18) entering a default judgment, and no party

objects to the report and recommendation. The report and recommendation (Doc. 18) is **ADOPTED**, and the motion (Doc. 16) for a default judgment is **GRANTED**. The clerk is directed to enter a default judgment against Tatum E. Murphy, The Rawlings Company, and "all persons and entities" who failed either to claim against the petitioners or to answer the petition.

ORDERED in Tampa, Florida, on August 2, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE